## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **VARLO DAVENPORT,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**RICHARD "BIFF" WILLIAMS, et al.,**<br><br>     **Defendants.** | **ORDER GRANTING STIPULATED<br>MOTION FOR DISMISSAL OF<br>DEFENDANTS CHRISTINA DURHAM,<br>MICHAEL CARTER, PAUL MORRIS<br>AND RON ISAACSON WITH<br>PREJUDICE**<br><br>**Case No. 2:17-cv-15-CW**<br><br>**District Judge Clark Waddoups** |

The parties, through their respective counsel, have stipulated and moved the Court for an order dismissing, with prejudice, Defendants Christina Durham, Michael Carter, Paul Morris, and Ron Isaacson from the above-captioned action, with each party to bear their own costs and attorneys' fees.  (ECF No. 84.)  Based upon the stipulated motion, upon good cause shown, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that all claims and causes of action against Defendants Christina Durham, Michael Carter, Paul Morris, and Ron Isaacson in the above-captioned action are **HEREBY DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

DATED this 11th day of June, 2019.

BY THE COURT:

Clark Waddoups
United States District Judge